## First District.

**Odd Meyer, appellee, v. Carolina Wood Products Company of Illinois et al., appellants. Gen. No. 31,706.**

Bill for accounting and receiver. Decree against defendants. Appeal from the Superior Court of Cook county; the Hon. Oscar Hebel, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1927. Affirmed. Opinion filed December 21, 1927. Rehearing denied January 6, 1928.

Green & Rice, for appellants. A. S. & E. W. Froehlich, for appellee.

Mr. Presiding Justice Taylor delivered the opinion of the court.

---

**Acme Industrial Company, appellant, v. Charles B. Alyea, appellee. Gen. No. 31,756.**

Action on account stated. Judgment for defendant on set-off. Appeal from the Superior Court of Cook county; the Hon. Joseph B. David, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1927. Reversed and remanded. Opinion filed December 21, 1927.

Eastman, White, Hawxhurst & Lind, for appellant. Preston Clark, for appellee; Louis A. Sherman, of counsel.

Mr. Presiding Justice Taylor delivered the opinion of the court.

---

**Celia Walder, appellant, v. Alvin Cohen, appellee. Gen. No. 31,766.**

Action on promissory note. Judgment against plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John A. Bugee, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1927. Reversed and judgment here. Opinion filed December 21, 1927.

Philip E. Laby, for appellant. No appearance for appellee.

Mr. Presiding Justice Taylor delivered the opinion of the court.

---

**Samuel Donian, appellee, v. Mardros Gorgorian, appellant. Gen. No. 31,813.**

Action on oral promise to pay. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Edgar A. Jonas, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1927. Affirmed. Opinion filed December 21, 1927.

Connell, Gombiner & Ward, for appellant. Joseph Rosenberg and Benjamin Rosenberg, for appellee.

Mr. Presiding Justice Taylor delivered the opinion of the court.